UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

P-Send

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-570-GPS (JTLx) | Date | May 23, 2007 |
|---|---|---|---|
| Title | *Orange Express, Inc. v. Delux Trucks, Inc., et al.* | | |

Present: The Honorable  George P. Schiavelli, United States District Judge

| Jake Yerke | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Not Present                                                       Not Present

**Proceedings:**   Motion To Allow Service Upon Defendants By Publication;
Motion To Allow Service On Defendant Corporation By Delivery Of
Process To Secretary Of State;
(In Chambers)

The Court is in receipt of the above-captioned Motions. The Court finds that Plaintiff exercised reasonable diligence in attempting to serve the defendants. Because Plaintiff was unable to serve the individual or corporate defendant in this case, these Ex Parte Applications are **GRANTED**. However, the order authorizing service by publication is **STAYED**.

To ensure the published notice is proper, Plaintiff is to lodge its proposed notice with the Court by **June 4, 2007**. This proposed notice is to be in the actual size it will appear. After reviewing this notice the Court will determine if any changes are needed before Plaintiff can proceed with service by publication.

**IT IS SO ORDERED.**

DOCKETED ON CM
MAY 2 4 2007
BY _____ 005

JY